# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1540

_____

United States of America

*Plaintiff - Appellee*

v.

Jayden Kusiek Wolf

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Southern

_____

Submitted: January 13, 2025
Filed: January 16, 2025
[Unpublished]

_____

Before SMITH, GRUENDER, SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jayden Kuseik Wolf appeals the sentence the district court[1] imposed after he pleaded guilty to production of child pornography pursuant to a plea agreement

---

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

containing an appeal waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

We conclude that the appeal waiver is valid, enforceable, and applicable to the argument raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (stating that an appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw and dismiss this appeal.

_____